

ELECTRONIC

**Mar 29, 2011**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 11-20226-CR-COOKE/BANDSTRA

CASE NO.:_____

**18 U.S.C. § 3146(a)(2) and (b)(1)(A)(ii)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : |
| **JULIO GONZALEZ.** | : |
| | : |
| Defendant. | : |
| _____/ | |

## INDICTMENT

The Grand Jury charges that:

### FAILURE TO APPEAR

On or about February 11, 2008, in Miami-Dade County, in the Southern District of Florida,

the defendant,

### JULIO GONZALEZ,

having been previously convicted in the case of *United States v. Julio Gonzalez*, Case No. 07-60171-

CR-COOKE, for a violation of Title 18, United States Code, Section1029(a)(2) and (b)(1), that is,

access device fraud, an offense punishable by a term of imprisonment of up to ten (10) years, and

having been released by the United States District Court for the Southern District of Florida,

pursuant to Chapter 207 of Title 18, United States Code, did knowingly fail to surrender for service

of sentence pursuant to a court order, as required by the conditions of his release, in violation of Title 18, United States Code, Sections 3146(a)(2) and (b)(1) (A)(ii).

A TRUE BILL

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| **vs.** | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| **JULIO GONZALEZ,**<br>     **Defendant.**         / | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)         Yes ____     No ____
Number of New Defendants ____
Total number of counts ____

**X**   Miami ____     Key West
____  FTL ____   WPB____  FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:          (Yes or No) __Yes_____
     List language and/or dialect _____Cuban/Spanish_____

4.   This case will take __1-day__ for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | **X** ____ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | **X** ____ |
| V | 61 days and over | ____ | | |

6.   Has this case been previously filed in this District Court? (Yes or No)   No___
     If yes:   Cooke
     Judge: _____          Related Case No. 07-60171_____
     (Attach copy of dispositive order)

     Has a complaint been filed in this matter?       (Yes or No) __Yes_____
     If yes:
     Magistrate Case No. _____
     Related Miscellaneous numbers: _____
     Defendant(s) in federal custody as of _____
     Defendant(s) in state custody as of _____
     Rule 20 from the _____  District of _____

     Is this a potential death penalty case? (Yes or No) _____No_____

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003? _____ Yes __X__ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? __X__ Yes _____ No

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

\*Penalty Sheet(s) attached                                                REV. 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: **JULIO GONZALEZ**              Case No.: _____

**Count #1**

Failure to Appear

 in violation  of 18 U.S.C. § 3146(a)(2) and (b)(1)(A)(ii).

*Max Penalty: Five  (5) years' imprisonment; three (3) year of supervised release; $250,000 fine.

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special
assessments, parole terms or forfeitures that may be applicable.**